This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**NICOLE NELLIS, for herself**
**and all others similarly situated,**

    Plaintiff-Appellee,

v.                                 **NO. 29,993**

**MID-CENTURY INSURANCE COMPANY,**

    Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Clay Campbell, District Judge**

Myers, Oliver & Price, P.C.
Floyd D. Wilson
Albuquerque, NM

Freedman, Boyd, Hollander,
Goldberg, Ives & Duncan, P.A.
David Freedman
Joseph Goldberg
Albuquerque, NM

Eaves & Mendenhall, P.A.
John M. Eaves
Karen Mendenhall
Albuquerque, NM

Law Office of Alan Konrad

Alan Konrad
Albuquerque, NM

Peifer, Hanson & Mullins, P.A.
Charles R. Peifer
Robert E. Hanson
Albuquerque, NM

Dennis M. McCary
Albuquerque, NM

Robbins, Geller, Rudman & Dowd LLP
Rachel Jensen
San Diego, CA

for Appellees

Rodey, Dickason, Sloan, Akin & Robb, P.A.
Andrew G. Schultz
Albuquerque, NM

Gibson, Dunn & Crutcher LLP
Theodore J. Boutrous, Jr.
Christopher Chorba
Los Angeles, CA

Skadden, Arps, Slate, Meagher & Flom LLP
Darrel J. Hieber
Los Angeles, CA

for Appellants

## DECISION

**BUSTAMANTE, Judge.**

This is the companion case to *Nellis v. Farmers Insurance Company of Arizona*, COA No. 29,295 decided today. The factual background here is identical to that in

*Farmers*. Perhaps because this case was decided below by a different trial judge, the procedural posture is slightly different. However, we have determined that the differences do not materially affect the legal analysis in any way that would prevent our Opinion in *Farmers* from controlling the outcome here.

Therefore, relying on *Farmers*, we reverse and remand for dismissal.

**IT IS SO ORDERED.**

_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**CYNTHIA A. FRY, Judge**

4